IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CHARMANT BIROTTE**                                                              **PLAINTIFF**

**v.**                                   **Case No. 2:25-CV-02130-DCF**

**JOHNSON COUNTY SHERIFF'S OFFICE, *et. al.***                    **DEFENDANTS**

**ORDER**

The Court has received proposed findings and recommendations (Doc. 12) from Magistrate Judge Mark E. Ford.  There have been no objections and the period for filing objections has passed.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**.  Accordingly, except against Defendants Mike Brown and Deston Linkous, Plaintiff's claims against all Defendants will be **DISMISSED** without prejudice, and those Defendants will be **TERMINATED** from this case.  Plaintiff's claims for excessive force against Defendants Mike Brown and Deston Linkous will remain for service and further review, and this case will be **TRANSFERRED** to the Eastern District of Arkansas, Central Division.

**IT IS SO ORDERED** this 7th day of April 2026.

*/s/ David Clay Fowlkes*

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE